AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
for the

### District of Minnesota

UNITED STATES OF AMERICA

v.

ALEXIO MIRANDA

Case No.  26-mj-27 (DLM)

### CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about January 24, 2026, in the District of Minnesota, the defendant, Alexio Miranda, willfully and knowingly did steal and purloin a Colt model M16A1 rifle bearing serial number 9506120 and a Huxwrx Suppressor bearing serial number P1000791, of a value exceeding $1,000, of the goods and property of the United States, in violation of Title 18, United States Code, Section 641.

I further state that I am an ATF Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:    ☒Yes    ☐ No

_____
*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime and email)
pursuant to Fed. R. Crim. P. 41(d)(3).

Special Agent Nicholas S. McAdams
ATF
_____
*Printed name and title*

Date:  1/16/26

_____
*Judge's Signature*

City and State: St. Paul, MN

The Honorable Douglas L. Micko
United States Magistrate Judge
_____
*Printed Name and Title*