**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**ORDER**

United States of America,

Plaintiff,

v.

Alexio Miranda,

Defendant,

Docket No. 0864 0:26CR00041-001(JRT)

Due to the above-named defendant's inconsistent compliance with pretrial release, IT IS HEREBY ORDERED that the following be added to the defendant's conditions of release:

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- Submit to any testing required by the U.S. Probation and Pretrial Services Office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
- Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.
- Refrain from any use of alcohol.
- Take any prescribed medications as directed by a medical provider.

All other previously ordered pretrial release conditions shall remain in effect.

Dated: June 23, 2026

s/John R. Tunheim
John R. Tunheim
Senior U.S. District Judge